```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25522
   MARGARET GRIER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8056

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/08/2004 and was confirmed 08/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   75.00%.

     The case was dismissed after confirmation 01/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
NUVELL CREDIT CO LLC          SECURED               .00           .00             .00
CAPITAL ONE BANK              UNSECURED      NOT FILED            .00             .00
CAPITAL ONE BANK              UNSECURED      NOT FILED            .00             .00
CAPITAL ONE BANK              UNSECURED      NOT FILED            .00             .00
CAPITAL ONE                   NOTICE ONLY    NOT FILED            .00             .00
CARSON PIRIE SCOTT            UNSECURED           103.15          .00           46.47
CITGO OIL                     UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP         UNSECURED          5096.64          .00         2295.97
RESURGENT ACQUISITION LL      UNSECURED          3735.66          .00         1682.87
CITIFINANCIAL                 UNSECURED          1569.33          .00          706.96
CREDIT FIRST NA               UNSECURED           699.96          .00          315.33
CHARMING SHOPPES FASHION      UNSECURED           503.99          .00          227.04
FIRST CONSUMERS NATIONAL      UNSECURED      NOT FILED            .00             .00
BANK ONE DELAWARE             UNSECURED          2452.88          .00         1104.99
ECAST SETTLEMENT CORP         UNSECURED          1558.71          .00          702.18
J C PENNEY                    UNSECURED      NOT FILED            .00             .00
RESURGENT ACQUISITION LL      UNSECURED          6041.18          .00         2721.47
SPIEGEL                       UNSECURED      NOT FILED            .00             .00
VERIZON WIRELESS              UNSECURED           174.12          .00           78.43
WAL MART STORES INC           UNSECURED      NOT FILED            .00             .00
RESURGENT ACQUISITION LL      UNSECURED            85.32          .00           38.44
RESURGENT ACQUISITION LL      UNSECURED          7234.54          .00         3259.06
CITIBANK                      UNSECURED          1681.12          .00          757.32
MELVIN J KAPLAN               DEBTOR ATTY      2,700.00                      2,621.70
TOM VAUGHN                    TRUSTEE                                          991.77
DEBTOR REFUND                 REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       17,550.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 25522 MARGARET GRIER

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                   13,936.53
ADMINISTRATIVE                                               2,621.70
TRUSTEE COMPENSATION                                           991.77
DEBTOR REFUND                                                     .00
                                 ---------------     ---------------
TOTALS                                 17,550.00           17,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 04/23/08                            /s/ Tom Vaughn
                                                                     TOM VAUGHN
                                                                        CHAPTER 13 TRUSTEE